1

2

3

4

5

6    **UNITED STATES DISTRICT COURT**

7    **CENTRAL DISTRICT OF CALIFORNIA**

8

9    JUAN CARLOS VIGIL,                    )    Case No. CV 11-10360 RGK (JCG)
                                             )
10                      Petitioner,          )
                                             )
11        v.                                 )    **ORDER ACCEPTING REPORT AND**
                                             )    **RECOMMENDATION OF UNITED**
12   CONNIE GIPSON, Warden,                  )    **STATES MAGISTRATE JUDGE AND**
                                             )    **DENYING CERTIFICATE OF**
13                      Respondent.          )    **APPEALABILITY**
                                             )
14   _____       )

15

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

18   records herein, and the Report and Recommendation of the United States Magistrate

19   Judge.  No objections to the Report and Recommendation have been filed.  The

20   Court approves and accepts the Magistrate Judge's Report and Recommendation.

21         Additionally, for the reasons stated in the Report and Recommendation, the

22   Court finds that Petitioner has not shown that jurists of reason would find it

23   debatable whether the Court was correct in its procedural ruling.  As a result, a

24   Certificate of Appealability ("COA") is denied.  *See Slack v. McDaniel*, 529 U.S.

25   473, 484 (2000) (holding that when a court dismisses a petition on procedural

26   grounds, a COA should issue only when a "prisoner shows, at least, that jurists of

27   reason would find it debatable whether the petition states a valid claim of the denial

28   of a constitutional right *and* that jurists of reason would find it debatable whether the

1   district court was correct in its procedural ruling[]") (emphasis added).

2       Accordingly, IT IS ORDERED THAT:

3       1.   Judgment shall be entered dismissing the action with prejudice.

4       2.   The Clerk shall serve copies of this Order and the Judgment herein on

5   the parties.

6       3.   A Certificate of Appealability is denied.

7

8

9   DATED: April 9, 2012.

10  _____

11  HON. R. GARY KLAUSNER
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2