1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11   JUAN CARLOS VIGIL,              )  Case No. CV 11-10360 RGK (JCG)
12                    Petitioner,    )
13              v.                   )  **JUDGMENT**
14   CONNIE GIPSON, Warden,          )
15                    Respondent.    )
16                                   )
17   _____ )
18
19         IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20   **PREJUDICE**.
21
22
23   DATED: April 9, 2012.
24                                   _____
25                                   HON. R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE
26
27
28